**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 14-7394**

─────────────

ROYLIN JUNIUS BEALE,

                    Plaintiff - Appellant,

          v.

DEPUTY J. P. MADIGAN; OFFICER R. BLOW; OFFICER HARLESS;
OFFICER PEELE; OFFICER CORPREW,

                    Defendants - Appellees,

          and

CAPTAIN PHILLIPS,

                    Defendant.

─────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge.  (5:11-ct-03244-F)

─────────────

Submitted:  December 18, 2014      Decided:  December 23, 2014

─────────────

Before SHEDD, WYNN, and THACKER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Roylin Junius Beale, Appellant Pro Se.  Scott Christopher Hart,
SUMRELL, SUGG, CARMICHAEL, HICKS & HART, PA, New Bern, North
Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roylin Junius Beale appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Beale v. Madigan, No. 5:11-ct-03244-F (E.D.N.C. Aug. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED